IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:04CR3084 |
| V. | ) | |
| DAVID S. DETWEILER, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's "motion pursuant to Fed. R. Civ. P. 60(b)(6)" (filing 117) is denied.

DATED this 26th day of April, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge